## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS
CORPORATION

VS.

HOSPITAL FONT MARTELO, etl al

vs

CENTRO MEDICO DEL TURABO, INC.,
et al



CIVIL 97-1990CCC

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
02 AUG 29 PM 1:19

---

### DESCRIPTION OF MOTION

DATE FILED: 8-16-02  DOCKET: 79    TITLE: Motion Requesting Bond be Returned

[x] Plaintiff(s)    [ ] _____
[] Defendant(s)

---

### O-R-D-E-R

_✓_ GRANTED.        __ DENIED.

__ MOOT.            __ NOTED.

cc:to ( )
attys/pts
in ICMS

AUG 28 2002

---

August 27, 2002          CARMEN CONSUELO CEREZO
DATE                     United States District Judge


