IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS
CORPORATION
Plaintiff



VS.

CIVIL 97-1990 CCC

HOSPITAL FONT MARTELO, ET AL

Defendants

| DESCRIPTION OF MOTION ||
|---|---|
| DATE FILED: 9/28/98  DOCKET: 68 | TITLE: Bill of Costs |
| [x] Plaintiff(s)  [ ] _____ <br> [ ] Defendant(s) | |

### O-R-D-E-R

___ GRANTED.        ___ DENIED.

___ NOTED.          ✓ MOOT.

10/18, 2004
DATE

CARMEN CONSUELO CEREZO
United States District Judge